ROBERT LAMANUZZI.  SBN 213673
Attorney at Law
1330 L Street  Suite D
Fresno, CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL VASQUEZ,<br><br>Defendant. | Case No.  1:20-CR-00175  DAD-BAM-9<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant CAROL VASQUEZ and KATHLEEN SERVATIUS Assistant U.S. Attorney for Plaintiff, that the current conditions of release be modified as followed:

1. Defendant Carol Vasquez will clear any outstanding warrants by September 30, 2021;
2. Curfew:  Defendant Carol Vasquez must remain inside her residence every day from 10:00 p.m. to 6:00 a.m. or as adjusted by the pre-trial services officer for medical, religious services, employment or court-ordered obligations.
3. There is no objection by the U.S. Attorney and Pretrial Services.

///

///

1

Dated: March 15, 2021                                    Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI.
Attorney for Defendant,
CAROL VASQUEZ

Dated: March 15, 2021                                    Respectfully submitted,

/s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

### **ORDER**

The conditions of release regarding defendant, Carol Vasquez, are modified as specified above.

IT IS SO ORDERED.

Dated:   __**March 15, 2021**__                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

2