ROBERT LAMANUZZI.  SBN 213673
Attorney at Law
1330 L Street Suite D
Fresno, CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL VASQUEZ,<br><br>Defendant. | Case No.  1:20-CR-00175 DAD-BAM-9<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant CAROL VASQUEZ and KATHERINE SCHUH Assistant U.S. Attorney for Plaintiff, that the current conditions of release be modified as followed:

1. Defendant Carol Vasquez will clear any outstanding warrants by January 14th 2022. (Ms. Vasquez has a warrant for a case in Nebraska. The Public Defender in Nebraska would not calendar it and instructed her to either walk-in or hire private counsel. Ms. Vasquez has now retained Nebraska attorney, Greg Nelson.)
2. There is no objection by the U.S. Attorney and Pretrial Services.

///

///

1

Dated: September 29th, 2021                    Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI.
Attorney for Defendant,
CAROL VASQUEZ

Dated: September 29th, 2021                    Respectfully submitted,

/s/ Katherine Schuh
KATHERINE SCHUH
Assistant U.S. Attorney

### **ORDER**

The conditions of release regarding defendant, Carol Vasquez, are modified as specified above.

IT IS SO ORDERED.

Dated:   **September 30, 2021**                    _____
                                                                                                UNITED STATES MAGISTRATE JUDGE

2