# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
Aug 08, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** <br> vs. <br> **Carol Maldonaldo Vasquez** | Case No. 1:20-cr-00175-DAD-BAM-9 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Carol Maldonaldo Vasquez_, have discussed with _____Anthony Perez_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  8/8/2022                    _[signature]_  8/8/2022
Signature of Defendant   Date               Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                      8/8/2022
Signature of Assistant United States Attorney                      Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

__/s/ Robert Lamanuzzi__                                           8/8/2022
Signature of Defense Counsel                                       Date
Robert Lamanuzzi

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on **Aug 8, 2022** .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                                      **Aug 8, 2022**
Signature of Judicial Officer                                      Date
cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services