MILES A. HARRIS, ESQ.
2115 Kern St #101M
Fresno, CA 93721
Telephone: (559) 492-9572

Attorney for Defendant
Carol Vasquez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROL VASQUEZ,<br><br>　　　　　　Defendant. | CASE NO. 1:20-CR-00175-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER<br><br>DATE: September 9, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy N. Nunley |

The parties by this stipulation request to continue the sentencing hearing set for September 9, 2024 to November 20, 2024.

**STIPULATION**

Defendant Carol Vasquez, by and through her counsel of record, and Plaintiff, by and through plaintiff's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for sentencing hearing on September 9, 2024.

2.　By this stipulation, Defendant and the Government request that the sentencing hearing set for September 9, 2024 be continued to November 20, 2024 before the District Judge.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Defendant entered her plea before the Court on June 5, 2024 by written plea agreement signed on May 31, 2024 by Defendant and Defendant's counsel.

　　b)　Defendant completed her interview with probation and the final Presentence Report was lodged with the Court on August 16, 2024.

  c) Defendant's daughter is the unfortunate victim in a pending criminal matter being prosecuted out of Kings County, California (Case No. 24CM2097).  Defendant has cooperated with law enforcement through the investigation and the recent arrest of the perpetrator who is currently facing multiple criminal charges for acts committed against Defendant's daughter.

  d) As a particularly vulnerable victim in the King's County matter, reflected as well by the nature of the charges as alleged, Defendant's daugher has suffered multiple mental breakdowns requiring regular ongoing therapy necessitating Defendant's hands-on participation in providing the necessary care as no other family member is available.

  e) Law enforcement remains in regular contact with Defendant for her assistance as the criminal prosecution moves forward.  Given her daughter's present age and the age of her daughter at the time of the offenses, the pending criminal prosecution will require both Defendant's ongoing participation as well as her assistance with her daughter.

  f) Counsel for Defendant believes the above-requested continuance is necessary to allow Defendant to participate and appropriately assist her daughter as the victim in the pending Kings County matter and believes that further information with respect to the Kings County matter to be relevant for the Court's consideration in Defendant's case.

  g)  Counsel for Defendant believes failure to grant the above requested continuance would interfere with the appropriate administration of justice in the Kings County matter and deny him the reasonable time necessary gather additional information relevant and necessary for Defendant's sentencing memorandum to the Court, taking into account the exercise of due diligence.

  h) The government has no objection to the continuance.

  i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

**[Remainder of this page intentionally left blank.]**

IT IS SO STIPULATED.

Dated: September 6, 2024                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ JUSTIN GILIO
                                            JUSTIN GILIO
                                            Assistant United States Attorney


Dated: September 6, 2024                    /s/MILES HARRIS
                                            MILES HARRIS
                                            Counsel for Defendant
                                            CAROL VASQUEZ

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from September 9, 2024, to **November 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **September 6, 2024**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE