MILES A. HARRIS, ESQ.
2115 Kern St #101M
Fresno, CA 93721
Telephone: (559) 492-9572

Attorney for Defendant
Carol Vasquez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROL VASQUEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:20-CR-00175-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER<br><br>DATE: November 25, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy N. Nunley |

The parties by this stipulation request to continue the sentencing hearing set for November 25, 2024, to February 10, 2025.

**STIPULATION**

Defendant Carol Vasquez, by and through her counsel of record, and Plaintiff, by and through plaintiff's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for sentencing hearing on November 25, 2024.

2.　By this stipulation, Defendant and the Government request that the sentencing hearing set for November 25, 2024, be continued to February 10, 2025, before the District Judge.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Defendant entered her plea before the Court on June 5, 2024, by written plea agreement signed on May 31, 2024, by Defendant and Defendant's counsel.

　　b)　Defendant completed her interview with probation and the final Presentence Report was lodged with the Court on August 16, 2024.

  c) Defendant's daughter is the unfortunate victim in a pending criminal matter being prosecuted out of Kings County, California (Case No. 24CM2097). The case is currently set for Jury Trial on January 6, 2025. Defendant has cooperated with law enforcement through the investigation and the recent arrest of the perpetrator, who is currently facing multiple criminal charges for acts committed against Defendant's daughter.

  d) As a particularly vulnerable victim in the King's County matter, reflected as well by the nature of the charges as alleged, Defendant's daughter has suffered multiple mental breakdowns requiring regular ongoing therapy necessitating Defendant's hands-on participation in providing the necessary care as no other family member is available.

  e) Given her daughter's present age and the age of her daughter at the time of the offenses, the pending criminal prosecution will require both Defendant's ongoing participation as well as her assistance with her daughter.

  f) Counsel for Defendant believes the above-requested continuance is necessary to allow Defendant to participate and appropriately assist her daughter as the victim in the pending Kings County matter and believes that further information with respect to the Kings County matter to be relevant for the Court's consideration in Defendant's case.

  g) Counsel for Defendant believes failure to grant the above requested continuance would interfere with the appropriate administration of justice in the Kings County matter and deny him the reasonable time necessary to gather additional information relevant and necessary for Defendant's sentencing memorandum to the Court, taking into account the exercise of due diligence.

  h) The government has no objection to the continuance.

  i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

**[Remainder of this page intentionally left blank.]**

IT IS SO STIPULATED.

| Dated: November 14, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ JUSTIN GILIO<br>JUSTIN GILIO<br>Assistant United States Attorney |
| Dated: November 14, 2024 | /s/MILES HARRIS<br>MILES HARRIS<br>Counsel for Defendant<br>CAROL VASQUEZ |

## **FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant.

IT IS ORDERED that the sentencing hearing be continued from November 25, 2024 to **February 10, 2025 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

| Dated: **November 15, 2024** | /s/ Barbara A. McAuliffe<br>UNITED STATES MAGISTRATE JUDGE |
|---|---|