# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00175-DAD-BAM-9 |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| CAROL MALDONALDO VASQUEZ, | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

A detention hearing as to Defendant Carol Maldonaldo Vasquez was held on October 19, 2020. (ECF No. 80.) Defendant was ordered released with conditions, including securing a $3,000.00 cash bond. (ECF No. 82.) On October 27, 2020, Crispin Chavez Aguilar posted a cash bond in the amount of $3,000.00 (Receipt # CAE100046860). (ECF No. 105.) Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 83 at 2.)

On June 5, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 354, 355.) On February 12, 2025, Defendant was sentenced to time served and was therefore not ordered to report to serve a sentence. (ECF Nos. 412, 416.)

Given Defendant was sentenced to time served in this matter, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the

$3,000.00 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated: **June 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge