# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL MALDONALDO VASQUEZ,<br><br>Defendant. | Case No. 1:20-cr-00175-DAD-BAM-9<br><br>ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

A detention hearing as to Defendant Carol Maldonaldo Vasquez was held on October 19, 2020. (ECF No. 80.) Defendant was ordered released with conditions, including securing a $3,000.00 cash bond. (ECF No. 82.) On October 27, 2020, Crispin Chavez Aguilar posted a cash bond in the amount of $3,000.00 (Receipt # CAE100046860). (ECF No. 105.) Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 83 at 2.)

On June 5, 2024, Defendant entered a guilty plea to a charged offense pursuant to a plea agreement. (ECF Nos. 354, 355.) On February 12, 2025, Defendant was sentenced to time served, and thus was not ordered to report to serve a sentence. (ECF Nos. 412, 416.)

On June 25, 2025, the Court ordered that the Government show cause in writing why the bond should not be released to the surety. (ECF No. 431.) On July 1, 2025, the Government

1  filed a non-opposition to the return of the bond to the surety. (ECF No. 432.)

2      The Court finds that Carol Maldonaldo Vasquez has complied with the conditions of her
3  bond and that no conditions remain to be satisfied.

4      Accordingly, IT IS ORDERED THAT the $3,000.00 cash bond posted by Crispin
5  Chavez Aguilar on behalf of Carol Maldonaldo Vasquez is exonerated. The Clerk of Court is
6  DIRECTED to serve a copy of this order and return the $3,000.00 cash bond to Crispin Chavez
7  Aguilar at the address on record.

IT IS SO ORDERED.

Dated: **July 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge